02-10-482-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00482-CV

 

 


 
 
 In re Leonard Hornsby and N. Sue
 Allen
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of
mandamus and is of the opinion that relief should be denied.  Accordingly, relators’
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
DAUPHINOT, WALKER, and MCCOY, JJ.

 

DELIVERED: 
February 15, 2011











          [1]See
Tex. R. App. P. 47.4, 52.8(d).